UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PANAMA CITY DIVISION

JUDITH G. CARTY,

    Plaintiff,

v.                                                       Case No. 5:14cv107/RS/CJK

HEALTHSOUTH EMERALD COAST
REHAB and ESIS;

    Defendants.
_____/

## REPORT AND RECOMMENDATION

       The defendants in this case, HealthSouth Emerald Coast Rehab and ESIS, filed a motion to quash service of process and dismiss plaintiff's complaint on October 29, 2014 (doc. 14).  On March 26, 2015, the undersigned entered an order allowing plaintiff fourteen days in which to show cause why the relief requested in the defendants' motion should not be granted (doc. 15).  After more than fourteen days passed and plaintiff failed to respond, the undersigned entered an order requiring plaintiff to show cause within fourteen days why the case should not be dismissed for failure to prosecute and/or failure to comply with an order of the court.  The undersigned advised plaintiff that, in the event plaintiff failed to respond within the time allowed, the undersigned would recommend that the matter be dismissed.  More than fourteen days has passed and plaintiff again has failed to respond.  The undersigned thus recommends that the case be dismissed for failure to prosecute

and/or failure to comply with an order of the court.

For the reasons set forth in defendants' motion, which is unopposed, the action also is due to be dismissed as a result of plaintiff's failure to properly serve the defendants and establish subject matter jurisdiction. Indeed, plaintiff has not properly served defendants despite the fact that the 120-day period in which do so has long passed, and plaintiff asserts state law claims with no showing that this court has diversity jurisdiction over the matter. The undersigned thus also recommends that defendants' motion be granted.

Accordingly, it is respectfully RECOMMENDED:

1. That Defendants' Motion to Quash Service of Process and Dismiss Complaint (doc. 14) be GRANTED and that the matter be DISMISSED for the reasons stated in defendants' motion as well as for plaintiff's failure to prosecute and/or comply with an order of the court.

2. That the clerk be directed to close the file.

At Pensacola, Florida this 30th day of April, 2015.

/s/ *Charles J. Kahn, Jr.*
**CHARLES J. KAHN, JR.**
**UNITED STATES MAGISTRATE JUDGE**

### NOTICE TO THE PARTIES

**Any objections to these proposed findings and recommendations must be filed within fourteen days after being served a copy thereof. <u>Any different deadline that may appear on the electronic docket is for the court's internal use only, and does not control.</u>  A copy of objections shall be served upon all other parties. Failure to object may limit the scope of appellate review of factual findings.** *See* **28 U.S.C. § 636;** *United States v. Roberts*, **858 F.2d 698, 701 (11th Cir. 1988).**

Case No. 5:14cv107/RS/CJK