IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
PANAMA CITY DIVISION

**JUDITH G. CARTY,**

    **Plaintiff,**

v.                                    Case No.  5:14cv107-MW/CJK

**HEALTHSOUTH EMERALD
COAST REHAB and ESIS,**

    **Defendants.**

_____/

**ORDER ACCEPTING AND ADOPTING REPORT AND
<u>RECOMMENDATION</u>**

This Court has considered, without hearing, the Magistrate's Report and Recommendation.  ECF No. 17.   Upon consideration, no objections having been filed by Plaintiff,

IT IS ORDERED:

The report and recommendation is **accepted and adopted** as this Court's opinion.  The Clerk shall enter judgment stating, "Defendants' Motion to Quash Service of Process and Dismiss Complaint, ECF No. 14, is **GRANTED**.  This case is **DISMISSED** for the reasons stated in Defendants' motion as well as for

Plaintiff's failure to prosecute and/or comply with an order of the Court."  The Clerk shall close the file.

**SO ORDERED on June 5, 2015.**

<u>s/Mark E. Walker</u>
**United States District Judge**
